**FILED**
January 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Laura Loera_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

_____

**ERIK SALAIZ,**

     **Plaintiff,**

  **v.**

**ALLEVIATE TAX, LLC** a California Limited Liability Company

     **Defendant.**

_____

§
§
§
§
§
§
§
§
§
§
§
§
§
§

EP-22-CV-0340-DCG

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT AND ALL PARTIES:**

  With Defendant Alleviate Tax, LLC neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Erik Salaiz, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice, with each party to bear its own costs, attorneys' fees, and other fees. *See, e.g.*, *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has an "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary or court") (internal quotation marks and citations omitted).

Dated:  January 27, 2023,         Respectfully submitted,

                            _____
                            Erik Salaiz (*Pro Se*)
                            319 Valley Fair Way
                            El Paso, TX 79907
                            915-929-1527
                            e-Mail: salaiz.ep@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

_____

| | § | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **ALLEVIATE TAX, LLC** a California Limited | § | **EP-22-CV-0340-DCG** |
| Liability Company | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated: January 27, 2023,                                  Respectfully submitted,

                                                                              _____
                                                                              Erik Salaiz (*Pro Se*)
                                                                              319 Valley Fair Way
                                                                              El Paso, TX 79907
                                                                              915-929-1527
                                                                              e-Mail: salaiz.ep@gmail.com